No. 96–859. STEVEDORING SERVICES OF AMERICA ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1052. TAK HOW INVESTMENT LTD. *v.* NOWAK, ADMINISTRATOR OF THE ESTATE OF NOWAK, DECEASED, ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1093. CRYO-TRANS, INC. *v.* GENERAL AMERICAN TRANSPORTATION CORP. C. A. Fed. Cir. Certiorari denied.

No. 96–1098. TOPP *v.* IDAHO STATE BAR. Sup. Ct. Idaho. Certiorari denied.

No. 96–1156. PRESBYTERY OF NEW JERSEY OF THE ORTHODOX PRESBYTERIAN CHURCH ET AL. *v.* WHITMAN, GOVERNOR OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1165. UNITED ARTISTS THEATRE CIRCUIT, INC., ET AL. *v.* KAHN, DIRECTOR, NEW ORLEANS DEPARTMENT OF FINANCE. C. A. 5th Cir. Certiorari denied.

No. 96–1180. ROYAL KING FISHERIES ET AL. *v.* FUSZEK. C. A. 9th Cir. Certiorari denied.

No. 96–1181. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* CITY OF PHILADELPHIA ET AL. Commw. Ct. Pa. Certiorari denied.

No. 96–1182. ANDERSON *v.* HOLIFIELD ET UX. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–1190. KERN *v.* CITY OF ROCHESTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1193. BEARDS ET VIR *v.* BIBLE WAY CHURCH OF OUR LORD JESUS CHRIST OF THE APOSTOLIC FAITH OF WASHINGTON, D. C., ET AL. Ct. App. D. C. Certiorari denied.

No. 96–1195. H&D ENTERTAINMENT, INC., ET AL. *v.* FLEET NATIONAL BANK ET AL. C. A. 1st Cir. Certiorari denied.